UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SHELTER MUTUAL INSURANCE COMPANY**　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　**CASE NO. 4:07-CV-00022 GTE**

**LAURIE TODD, individually and as Parent
and next friend of DANIELLE LINBOM, a minor;
JAMES TODD, an individual; DANNY L. HAYES;
and BARBARA J. HAYES**　　　　　　　　　　**DEFENDANTS**

## ORDER

Presently before the Court is Plaintiff's Motion to Dismiss. Based upon the representation to the Court in Plaintiff's motion that this case has been settled by agreement of the parties, the Court dismisses this case with prejudice.

Accordingly,

IT IS THEREFORE ORDERED THAT this case is DISMISSED with prejudice.

IT IS FURTHER ORDERED THAT Plaintiff's Motion to Dismiss (Docket No. 23) be, and it is hereby, GRANTED.

Dated this 8th day of August, 2007.

　　　　　　　　　　　　　　　　　　　　/s/Garnett Thomas Eisele
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1